**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
|     Plaintiffs, | § | |
| | § | Case No. 2:16-cv-00642-JRG |
| v. | § | LEAD CASE |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| VOXERNET LLC, | § | Case No. 2:16-cv-00644-JRG |
|     Defendants. | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS BY UNILOC AGAINST VOXERNET LLC**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (ii), Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Voxernet LLC ("Voxernet"), have agreed to settle this matter, and therefore stipulate and agree to dismiss all claims by Uniloc against Voxernet with prejudice, as follows:

1. Any and all claims by Uniloc against Voxernet are dismissed with prejudice.

2. Uniloc and Voxernet shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and Voxernet should be denied as moot.

| | |
|---|---|
| Dated: December 23, 2016 | Respectfully submitted, |

    */s/ Kevin Gannon*
Paul J. Hayes
Kevin Gannon
**CESARI AND MCKENNA, LLP**
88 Black Falcon Ave., Suite 271
Boston, MA 02110
Telephone: (617) 951-2500
Facsimile: (617) 951-3927
Email: pjh@c-m.com
Email: kgannon@c-m.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR THE PLAINTIFFS**


*/s/ J. David Hadden*
J. David Hadden, CSB No. 176148
dhadden@fenwick.com
Eman Sojoodi, CSB No. 261293
esojoodi@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

**ATTORNEYS FOR DEFENDANT
VOXERNET LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2016, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system in accordance with this Court's Local Rules.

                                            */s/ Kevin Gannon*
                                            Kevin Gannon